# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MILLER, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TJX COMPANIES, INC., | : | No. 19-252 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **12th** day of **March 2019**, upon consideration of Defendant's Motion to Dismiss, Plaintiff's response, Defendant's reply, and for the reasons stated in the Court's Memorandum dated March 12, 2019, it is **ORDERED** that:

1. The motion (Document No. 3) is **GRANTED in part** and **DENIED in part**.

2. Plaintiff's corporate negligence claim is **DISMISSED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**